BLANCHE P. RICE, Respondent, v. CLARENCE S. RICE, Appellant.— Motion

to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.